IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYANT HARRISON,

        Petitioner,                    No. CIV S-08-1199 LKK EFB P

    vs.

UNKNOWN,

        Respondent.              <u>ORDER</u>

                              /

        Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915.

        Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford the costs of suit.

        In his petition, petitioner states that he seeks from this court permission to file a successive petition pursuant to 28 U.S.C. § 2244. Before a federal district court may entertain a second or successive petition, the petitioner must obtain permission from the United States Court of Appeal for the Ninth Circuit. 28 U.S.C. § 2244(b)(3)(A). A petition is second or successive if it challenges a judgment challenged in a prior petition and it presents claims that were or could have been adjudicated on the merits in an original petition. *Cooper v. Calderon*, 274 F.3d 1270, 1273 (9th Cir. 2001).

The court requires all petitions for writ of habeas corpus be filed on the proper form which is provided by this court. Moreover, the court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the petition. *See* Rule 2(c), Rules Governing § 2254 Cases.

Petitioner is hereby notified that in order for this court to review his application, he must refile his petition on the proper form. Furthermore, although petitioner may submit a separate memorandum to support his petition for relief, the court's application form must contain all relevant claims, and must provide the court with all necessary information.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request for leave to proceed *in forma pauperis* is granted.

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order.

3. Petitioner shall, within 30 days of the date this order is served, demonstrate either that this petition is not second or successive or submit evidence that the appellate court has given him permission to proceed on the petition. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed upon the ground that petitioner seeks to proceed on an unauthorized second or successive petition.

4. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition."

5. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

DATED: December 5, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE